IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE,<br><br>  Plaintiff,<br><br>  v.<br><br>ELAINE CHAO,<br><br>  Defendant. | No. C06-04725 MJJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE** |

Before the Court is Plaintiff E.K. Wade's ("Plaintiff's") Motion for Summary Judgment. (Docket No. 99.)  Civil Local Rule 7-2(b) requires that motions filed in the Northern District of California not exceed twenty-five (25) pages in length.  Plaintiff's Motion for Summary Judgment, filed on October 12, 2007, is thirty-six (36) pages long.  Plaintiff did not file an Administrative Motion to exceed the applicable page limitations or otherwise request leave to do so.  The Court therefore **DENIES** Plaintiff's Motion for Summary Judgment **without prejudice** and **VACATES** the November 20, 2007 hearing in this matter.

**IT IS SO ORDERED.**

Dated: October 16, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE