| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143) |
| | Chief, Civil Division |
| 3 | ANDREW Y.S. CHENG (SBN 164613) |
| | Assistant United States Attorney |

450 Golden Gate Avenue, 10th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Facsimile: (415) 436-6748
Email: andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| E.K. WADE, | ) | No. C 06-4725 MJJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING HEARING** |
| v. | ) | **DATE** |
| | ) | |
| ELAINE CHAO, SECRETARY OF | ) | Date: December 11, 2007 |
| LABOR, ET AL. | ) | Time: 9:30 a.m. |
| | ) | Courtroom: 11, 19th Floor |
| Defendant. | ) | |

Plaintiff's motion for summary judgment and the Federal Defendant's motion to dismiss are both currently scheduled to be heard on December 11, 2007. The date was continued from November 27, 2007 by the Court.

Counsel for the Federal Defendant is scheduled to be in South Carolina on December 11, 2007 at the National Advocacy Center.

The parties jointly agree that the hearing date should be continued to **December 18, 2007**.

The Federal Defendant's opposition to plaintiff's motion shall be filed no later than November 27, 2007. Plaintiff's opposition to the Federal Defendant's motion shall be filed no later than November 27, 2007.

///

///

The respective reply briefs shall be filed no later than December 4, 2007.

Respectfully submitted,

SCOTT N. SCHOOLS

United States Attorney

Dated: October 26, 2007  _____/s/_____

ANDREW Y.S. CHENG

Assistant United States Attorney

Dated: October 26, 2007  \_\_\_\_\_/s/_____

E.K. Wade, Plaintiff

**PROPOSED ORDER**

The Court, having considered the stipulation of the parties, continues the hearing date as to plaintiff's motion for summary judgment and defendant's motion to dismiss in this case to **December 18, 2007, at 9:30 a.m.**  The respective opposition briefs shall be filed no later than November 27, 2007.  The respective reply briefs shall be filed no later than December 4, 2007.

IT IS SO ORDERED.

DATED:\_\_October 29, 2007 \_\_\_\_  _____
HONORABLE MARTIN J. JENKINS
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATES**

<u>Wade v. Chao</u>
C 06-4725 MJJ

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER)**

to the party(ies) addressed as follows:

| Mr. E.K. Wade, pro se<br>542 North Civic Drive, Apt. D<br>Walnut Creek, CA 94597 | | |
|---|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 26, 2007, at San Francisco, California.

    /s/_____
BONNY WONG
Legal Assistant