SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:    (415) 436-6748
    Email:       andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>           Plaintiff,<br><br>   v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, ET AL.<br><br>           Defendant. | No. C 06-4725 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT**<br><br>Date:      December 18, 2007<br>Time:     9:30 a.m.<br>Courtroom: 11, 19th Floor |

    The parties stipulate to the dismissal of all claims in the above-captioned complaint.

    The dismissal is without prejudice to plaintiff's filing a new complaint.

    The parties agree that plaintiff E.K. Wade will file a new complaint no later than 30 days of the Court's Order.

    The new complaint will allege that plaintiff has satisfied the jurisdictional prerequisites for filing his claims in federal court.

    Specifically, the new complaint will allege that plaintiff has exhausted the MSPB process as of January 17, 2007 when the Federal Circuit affirmed the MSPB's dismissal of plaintiff's claims.

    The United States Attorney's Office will accept service of the new complaint and will file a responsive pleading within 60 days of service of the new complaint.

| | | |
|---|---|---|
| 1 | The current case – 06-4725 MJJ – will be dismissed and closed. | |
| 2 | | Respectfully submitted, |
| 3 | | SCOTT N. SCHOOLS |
| 4 | | United States Attorney |
| 5 | | |
| 6 | Dated: December 18, 2007 | _____/s/_____ |
| 7 | | ANDREW Y.S. CHENG |
| 8 | | Assistant United States Attorney |
| 9 | | |
| 10 | Dated: December 18, 2007 | _____/s/_____ |
| 11 | | E.K. Wade, Plaintiff |

**PROPOSED ORDER**

The Court, having considered the stipulation of the parties, dismisses plaintiff's complaint in the action – *E.K. Wade v. Elaine Chao*, C 06-4725 MJJ and closes this action. The dismissal is without prejudice to plaintiff's filing a new complaint that satisfies the jurisdictional prerequisites of plaintiff's Title VII, the Rehabilitation Act, and the Whistleblower Protection Act – namely, exhaustion of the MSPB process and any exhaustion of any other appropriate administrative processes.

The United States Attorney's Office will accept service of plaintiff's complaint and will file any necessary motions to relate the new case to this dismissed case, so that the complaint will be assigned to Judge Martin J. Jenkins.

The Federal Defendant will file a responsive pleading to the new complaint within 60 days of service of the new complaint.

IT IS SO ORDERED.

DATED: __12/21/2007_____

HONORABLE MARTIN J. JENKINS
U.S. DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Martin J. Jenkins]*
*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT**

<u>E.K. Wade v. Elaine Chao, Secretary of Labor, et al.</u>
Case No. C 06-4725 MJJ

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

<u>  X  </u>  FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  PERSONAL SERVICE (BY MESSENGER)

_____  FEDERAL EXPRESS

_____  FACSIMILE (FAX)  Telephone No.: <u> See Below         </u>

to the party(ies) addressed as follows:

E. K. Wade
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2007 at San Francisco, California.


_/s/_____
BONNY WONG
Legal Assistant