JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.k.brown@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>    Plaintiff,<br><br>v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, ET AL.,<br><br>    Defendant. | No. C 06-4725 MJJ<br>No. C 08-00001 PJH<br><br>**SUBSTITUTION OF COUNSEL**<br>AND ORDER |

|   | TO THE COURT AND ATTORNEYS OF RECORD: |
|---|---|

PLEASE TAKE NOTICE that the Federal Defendants hereby substitute Assistant United States Attorney Melissa K. Brown for Assistant United States Attorney, Andrew Y.S. Cheng as counsel for the Federal Defendants in the above-referenced action.  All future correspondence and pleadings to the United States should be directed to:

AUSA Melissa K. Brown
United States Attorney's Office
450 Golden Gate Ave., 9th Floor, Box 36055
San Francisco, CA 94102-3495
Telephone:  (415) 436-6962
Facsimile:  (415) 436-6748
melissa.k.brown@usdoj.gov

DATED: January 09, 2008            Respectfully submitted,
                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney


                                          /S/
                                   _____
                                   MELISSA K. BROWN
                                   Assistant United States Attorney



IT IS SO ORDERED
Judge Martin J. Jenkins
1/18/2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUBSTITUTION OF COUNSEL
C 06-4725 MJJ
C 08-00001 PJH